UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ORIGINAL**

**C. DOUGLAS THOMAS**
115 Farwood Drive
Moreland Hills, Ohio 44022
        Plaintiff
Vs.

Case: 1:07-cv-01514
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/24/2007
Description: GENERAL CIVIL

**JURY ACTION**

**UNIVERSITY OF THE DISTRICT OF COLUMBIA**
David A. Clarke School of Law
4200 Connecticut Ave.
Washington D.C. 20008
        Defendant


**AMERICAN BAR ASSOCIATION**
750 North Lake Shore Drive
Chicago Illinois 60611

## COMPLAINT FOR DECLARATORY JUDGEMENT, INJUNCTIVE AND EQUITABLE RELIEF, NEGLIGENCE, MISREPRESENTATION DAMAGES AND JURY DEMAND

**Jurisdiction and Parties**

1) Jurisdiction of this court is founded because there is a complete diversity of citizenship between plaintiff and defendant in that:

   a. The plaintiff is an individual residing in and a citizen of the State of Ohio.

   b. The defendant is a corporation organized and existing under the laws of the District of Columbia, and have operated within the district since 1974. The complaint will focus on the acts of defendant's school of law

   c. The American Bar Association is named as a party to this complaint due to

the standard at issue were promulgated by the Association. This party may join as a plaintiff or be joined later as a defendant in this matter

2) The matters in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332

## CLAIM FOR DECLARTORY JUDGEMENT

3) On or about October 1, 2006 plaintiff filed application for admission to the School of Law as a transfer student from the University of Akron and provided documentation of his attendance, experience and score on the Multi-State Professional Exam for processing by the defendant's law school admission Office.

4) Plaintiff was advised that since his attendance at a previous law school was over five year years old, he would have to apply as a new student to be considered for admission to the class starting in August 2007.

5) On or about January 6, 2007 plaintiff advised the defendant's law school admission office he wanted to be considered as a candidate for the class entering in August 2007 and in subsequent visits provided the admissions department with additional material for consideration of his application. This material included a letter to the plaintiff from the current Dean at his previous law school, advising him of the difficulty of finding any records of his prior attendance at that law school, which he had last attended in 1974.

6) On or about June 6, 2007 plaintiff was verbally advised by the admission department that his application was not submitted to the admission committee because his file did not contain a letter from the Dean at his prior law school on his scholastic status some thirty four (34) years earlier, and therefore he was ineligible to apply to the defendant's law school.

7) The reason given by the defendant for the failure to process the plaintiff's admission application was false, and contrary to the rules of the American Bar Association.

8) The defendant's law school was granted full approval by the House of Delegates of the American Bar Association on or about August 8, 2005.

9) The defendant have a duty to operate the admission process by the Standards of Approval for law schools as promulgated by the American Bar Association.

10) In **Standard 505** the American Bar Association mandates the method that must be employed to readmit a applicant to law school(**exhibit#1**). The standard requires two separate analysis be made according to the type of student who has applied for readmission to a law school.

11) If a applicant has been out of the disqualifying school two years or less, the determination must be based on letters from the disqualifying school regarding the applicant's ability to study law.

12) For persons like the petitioner who has been absent from law school more than two years, this determination must be based on the nature of the interim work, activity, or studies indicating a strong potential for law study.

13) The defendant failed, refused and neglected to process plaintiff's admission application as required by Standard of Approval Rules of the American Bar Association, which they agreed to adhere to when approved by the American Bar Association.

14) Plaintiff requests this court to grant a declaratory judgment that the policies, practices, and acts complained of and done by the defendant was contrary to the standards required for the consideration of the admission application of the plaintiff to the law school.

## CLAIM FOR INJUNCTIVE AND EQUITABLE RELIEF

15) The illegal acts of the defendant, and employees as described above are contrary to law and rules the defendant was mandated to use in the processing of the admission application of the plaintiff, and therefore has cause injury.

16) Plaintiff have suffered, is suffering, and will continue to suffer severe and irreparable injury as a result of the defendant's acts, policies, and practices as set forth above.

17) Unless restrained by this court, the defendant will continue to withhold plaintiff from fair consideration for admission to the school of law and follow illegal admission policies to hinder the plaintiff from completing his education.

18) Plaintiff have no plain, adequate, or complete remedy at law to redress these misconducts by the defendant, and this prayer for injunctive and equitable relief is the only way he can secure complete protection from the conduct of the defendants.

19) Plaintiff further contends that no other remedy would offer plaintiff substantial and complete protection from the defendant's illegal conduct, practices, and policies.

## NEGLIGENCE AND MISREPRESENTATION

20) Defendant by its announcements, solicitation and advertisements to the applicant to apply to the law school owes a duty of care to process plaintiff's application according to the requirements mandated by the American Bar Associations, and the principal of ordinary care in the execution of its duties.

21) The defendant breached those requirements and duties to the plaintiff and caused the plaintiff to suffer damages.

22) Defendants also misrepresented the requirements, the rules and the purpose of the law school to the applicant by the way and methods the law school processed and treated the plaintiff during the admission process.

**THEREFORE,** plaintiff demands a declaratory judgment that the policies and practices complained of are contrary to law and regulations, grant a permanent injunction restraining the defendant's from enforcing those policies on the plaintiff, and actual, compensatory, and punitive damages, attorney fees, costs, and all other relief that is appropriate and just.

_C. Douglas Thomas_ (signature)

C. Douglas Thomas
115 Farwood Drive
Moreland Hills, Ohio 44022
Ph. 440-247-5360

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

E
07-1514
ESH

## I (a) PLAINTIFFS

C. Douglas Thomas

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   88888
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

University of The District of Columbia

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   District of Columbia
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

C. Douglas Thomas Pro Se
115 Farwood Drive
Moreland Hills, Ohio 44022

Case: 1:07-cv-01514
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/24/2007
Description: GENERAL CIVIL

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|   | PTF | DFT |   | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ● 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ● 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
- ☐ 410 Antitrust

### ○ B. Personal Injury/ Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ● D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ● E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

Declaratory Judgement on law school admission, injunction, and negligence and misrepresentation by the defendant

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** _____    Check YES only if demanded in complaint    **JURY DEMAND:** YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

**DATE** 8/20/07    **SIGNATURE OF ATTORNEY OF RECORD** *[signature]*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.