# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

**ORIGINAL**

**C. DOUGLAS THOMAS**
    Plaintiff

CASE NO: 1:07-CV-01514

v.

JUDGE ELLEN SEGAL HUVELL

**UNIVERSITY OF THE DISTRICT OF COLUMBIA**
    Defendant

**RECEIVED**
SEP 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR LEAVE OF COURT COMBINED WITH MOTION FOR CM/ECF PASSWORD

Come now the plaintiff pursuant to LCvR. 5.4(b) (2), and hereby request Leave of Court in order to obtain a CM/ECF password. A memorandum of support and exhibit # 1 is attached hereto, and made a part of thereof.

Respectfully submitted,

*[signature]*
C. Douglas Thomas, Pro Se
115 Farwood Drive
Moreland Hills, Ohio 44022
440-247-5360

### SERVICE

A copy of this motion was mailed to the defendant on this 13 day of September, 20007

*[signature]*
C. Douglas Thomas

1

## MEMORANDUM IN SUPPORT

The plaintiff pursuant to the local rule 5.4(b) (2) hereby requests a cm/ecf password in order to access the court in this matter by electronic means. A copy of the request is attached and labeled **exhibit # 1**.

Plaintiff further states that he has access to the internet and that he has the computer knowledge and capacity to file and receive documents by electronic means.

Respectfully submitted,

C. Douglas Thomas

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Exhibit #1

## ELECTRONIC CASE FILES
## Attorney/Participant Registration Form

### LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number: _____

First Name/Middle Initial/Last Name     C. Douglas     Thomas

Last four digits of Social Security Number   4864

DC Bar ID#: _____

Firm Name     C. Douglas Thomas Pro Se

Firm Address    115 Farwood Drive
                Moreland Hills Ohio 44022

Voice Phone Number    440-247-5360

FAX Phone Number    440-247-3115

Internet E-Mail Address    douglasthomas@hotmail.com

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia*. It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5. Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:   U.S. District Court for the District of Columbia
                              Attn: Attorney Admissions
                              333 Constitution Avenue NW, Room 1825
                              Washington, DC 20001

Or FAX to:                    Peggy Trainum
                              U.S. District Court for the District of Columbia
                              (202) 354-3067

Applicant's Signature  _C. Douglas Thomas_

Thomas                        C.                   4864
Full Last Name                Initial of           Last 4 Digits SS#
                              First Name