UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS,            )<br>                              )<br>         Plaintiff,           )<br>                              )<br>         v.                   )<br>                              )<br> UNIVERSITY OF THE DISTRICT   )<br> OF COLUMBIA,                 )<br>                              )<br>         Defendant.           )<br>                              ) | Civil Action No. 07-1514 (ESH) |

## ORDER

This matter is before the Court on plaintiff's motion for leave to obtain a CM/ECF password pursuant to Local Civil Rule 5.4(b)(2). Plaintiff is proceeding *pro se* in this case.

The Court may, in its discretion, grant a *pro se* party leave to obtain a CM/ECF password from the Clerk, upon receipt of a written motion from that party "describing the party's access to the internet and confirming the capacity to file documents and receive the filings of other parties electronically on a regular basis. If leave of Court is granted, the *pro se* party must complete the CM/ECF training provided by the Clerk to all electronic filers before the Clerk issues a CM/ECF password." *Id.*

In the memorandum in support of his motion, plaintiff states that he has "access to the internet and . . . the computer knowledge and capacity to file and receive documents by electronic means." Accordingly, it is hereby

**ORDERED** that plaintiff's motion for leave to obtain a CM/ECF password [Dkt. #2] is **GRANTED**. Plaintiff may obtain a CM/ECF password <u>after</u> he completes the CM/ECF training

provided by the Clerk.

Plaintiff is reminded that his CM/ECF password is granted by leave of Court and that the password may only be used by plaintiff.  LCvR 5.4(b)(3).  Plaintiff is also advised that once he obtains a CM/ECF password, he "consents to electronic service of all documents . . . that are filed by electronic means" and that he is "responsible for monitoring [his] email account, and, upon receipt of notice of an electronic filing, for retrieving the noticed filing."  LCvR 5.4(b)(6).

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: September 25, 2007