UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV01514 (ESH) |
| | ) |
| UNIVERSITY OF THE DISTRICT | |
| OF COLUMBIA , *et al*. | ) |
| | ) |
| Defendants. | ) |

CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE A RESPONSE TO THE COMPLAINT

The University of the District of Columbia, by and through counsel, respectfully moves pursuant to Federal Rules of Civil Procedure, Rule 6(b) to enlarge the time in which to answer or otherwise respond to Plaintiff's Complaint. This defendant requests up to and including October 26, 2007. Plaintiff has been contacted and he consents to an enlargement.

Plaintiff's complaint alleges that he has been denied admission to the David A. Clarke School of Law of the University of the District of Columbia in August, 2007. The additional time is needed, therefore, for counsel for defendant to obtain records of the University of the District of Columbia that are pertinent to plaintiff's various claims and to draft an appropriate response to the complaint.

Wherefore, this defendant respectfully requests that this Court expand the time to file a responsive pleading up to and including October 26, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

      GEORGE C. VALENTINE
      Deputy Attorney General
      Civil Litigation Division

      Kimberly M. Johnson
      _____
      KIMBERLY M. JOHNSON (# 435163)
      Section Chief, General Litigation Section I

      Melvin W. Bolden, Jr.
      _____
      MELVIN W. BOLDEN, JR. (# 1921790)
      Assistant Attorney General
      441 Fourth St., N.W.
      Sixth Floor South
      Washington, D.C. 20001
      (202) 724-5695

## CERTIFICATE OF SERVICE

I certify that on the 9th day of October, 2006, a copy of the foregoing motion, with memorandum and proposed order was served by U.S. Mail, postage prepaid, on C. Douglas Thomas, Pro Se, 115 Farwood Drive, Moreland Hills, Ohio 44022.

      Melvin W. Bolden, Jr.
      _____
      Melvin W. Bolden, Jr.
      Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Civil No. 1: 07CV01514 (ESH) |
| | ) |
| UNIVERSITY OF THE DISTRICT | ) |
| OF COLUMBIA , *et al.* | ) |
| | ) |
|     Defendants. | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO THE COMPLAINT

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. The consent of plaintiff

3. The reasons set forth in the motion.

4. The record herein.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    _____
    KIMBERLY MATTHEWS JOHNSON ( # 435163)
    Section Chief, General Litigation Section I

_____
MELVIN W. BOLDEN, JR. (# 192179 )
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV01514 (ESH) |
| | ) |
| UNIVERSITY OF THE DISTRICT | ) |
| OF COLUMBIA , *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Consent Motion for Enlargement of Time File a Response to the Complaint, plaintiff's response thereto, and the record herein, it is by the Court, this ___day of October, 2007,

ORDERED: that the motion for enlargement of time to respond to the Complaint herein be, and hereby is GRANTED; and it is,

FURTHER ORDERED: that the defendant shall have up to and including October 26, 2007, to file an answer or other response to the Complaint.

_____
ELLEN S. HUEVELLE
United States District Judge

C.. Douglas Thomas
115 Farwood Drive
Moreland Hills, Ohio 44022