UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV01514 (ESH) |
| | ) |
| UNIVERSITY OF THE DISTRICT | ) |
| OF COLUMBIA , *et al*. | ) |
| | ) |
| Defendants. | ) |

MOTION FOR ENLARGEMENT OF TIME
TO FILE A RESPONSE TO THE COMPLAINT

The University of the District of Columbia, by and through counsel, respectfully moves pursuant to Federal Rules of Civil Procedure, Rule 6(b) to further enlarge the time, nunc pro tunc, in which to answer or otherwise respond to Plaintiff's Complaint. This defendant requests up to and including November 9, 2007. Several attempts to contact plaintiff to obtain his consent have been made. However, at the time of this filing there has been no response from plaintiff who is appearing pro se in this case. There has been one previous request for an enlargement to file a response.

Plaintiff's complaint alleges that he has been denied admission to the David A. Clarke School of Law of the University of the District of Columbia in August, 2007. He seeks injunctive relief and has made claims in negligence and misrepresentation. In order to formulate a response to the complaint, defense counsel requires plaintiff's records from the David Clarke School of Law. Plaintiff's records have not, as of the date of this filing, reached defense counsel. Additional time is needed, therefore, for counsel for defendant to obtain records of the University of the District of Columbia that are pertinent to plaintiff's various claims and to draft an appropriate response to the complaint. Defense counsel apologizes to the Court for any

inconvenience in this matter. Defense counsel mistaken believed that a response to this matter was due on November 2, 2007.

Wherefore, this defendant respectfully requests that this Court to further expand the time to file a responsive pleading up to and including November 9, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (# 435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 1921790)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

CERTIFICATE OF SERVICE

I certify that on the 30th day of October, 2007, a copy of the foregoing motion, with memorandum and proposed order was served by U.S. Mail, postage prepaid, on C. Douglas Thomas, Pro Se, 115 Farwood Drive, Moreland Hills, Ohio 44022.

Melvin W. Bolden, Jr.
_____
Melvin W. Bolden, Jr.
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV01514 (ESH) |
| | ) |
| UNIVERSITY OF THE DISTRICT | ) |
| OF COLUMBIA , *et al.* | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR FURTHER ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. The reasons set forth in the motion.

3. The record herein.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

                                               _____
KIMBERLY MATTHEWS JOHNSON ( # 435163)
Section Chief, General Litigation Section I


_____
MELVIN W. BOLDEN, JR. (# 192179  )
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV01514 (ESH) |
| | ) |
| UNIVERSITY OF THE DISTRICT | ) |
| OF COLUMBIA , *et al*. | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of the Motion for Further Enlargement of Time File a Response to the Complaint, plaintiff's response thereto, and the record herein, it is by the Court, this ___day of October, 2007,

ORDERED: that the motion for enlargement of time to respond to the Complaint herein be, and hereby is GRANTED; and it is,

FURTHER ORDERED: that the defendant shall have up to and including November 9, 2007, to file an answer or other response to the Complaint.

_____
ELLEN S. HUEVELLE
United States District Judge


C.. Douglas Thomas
115 Farwood Drive
Moreland Hills, Ohio 44022

Case 1:07-cv-01514-ESH    Document 5    Filed 10/30/2007    Page 6 of 6