UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV01514 (ESH) |
| | ) |
| UNIVERSITY OF THE DISTRICT | ) |
| OF COLUMBIA , *et al.* | ) |
| | ) |
| Defendants. | ) |

MOTION OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA
TO DISMISS THE COMPLAINT

The University of the District of Columbia (UDC), by and through counsel, respectfully moves to dismiss the complaint because it is *non sui juris.* The UDC is an independent agency of the Government of the District of Columbia governed by the Board of Trustees of the University of the District of Columbia, a body corporate. Pursuant to D.C. Code § 38- §1202.01 only the Board of Trustees of the University of the District of Columbia is empowered to sue or be sued.

Wherefore, based upon the foregoing and the attached supporting memorandum, the University of the District of Columbia respectfully requests that plaintiff's complaint for injunctive and other relief be dismissed.
.
                                                Respectfully submitted,

                                                LINDA SINGER
                                                Attorney General for the
                                                District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division

/s/
_____
KIMBERLY M. JOHNSON ( # 435163)
Chief, General Litigation Section I


/s/
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695
Attorneys for Defendant

CERTIFICATE OF SERVICE

    I certify that on the 9th day of November, 2007, a copy of the foregoing motion, with memorandum and proposed order was served by U.S. Mail, postage prepaid, on C. Douglas Thomas, Pro Se, 115 Farwood Drive, Moreland Hills, Ohio 44022.

    Melvin W. Bolden, Jr.
_____
Melvin W. Bolden, Jr.
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV01514 (ESH) |
| | ) |
| UNIVERSITY OF THE DISTRICT | ) |
| OF COLUMBIA , *et al.* | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF POINTS AND AUTHORITES IN SUPPORT OF
MOTION OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA
TO DISMISS THE COMPLAINT

The University of the District of Columbia (UDC), by and through counsel , respectfully moves to dismiss the complaint because it is *non sui juris.* The UDC is an independent agency of the government of the District of Columbia governed by the Board of Trustees of the University of the District of Columbia, a body corporate. Pursuant to D.C. Code § 38-1202.01 only the Board of Trustees of the University of the District of Columbia is empowered to be sue or be sued.. Plaintiff has failed to name a proper party. Consequently, this complaint must be dismissed.

. It is well-established that a governmental entity may neither sue nor be sued in the absence of a statutory provision to that effect. *Blackmar v. Guerre*, 342 U.S. 512 (1952); *Trifax Corp. v. District of Columbia,* 53 F. Supp.2d 20, 26 (D.D.C. 1999); *Braxton v. National Capital Housing Authority*, 396 A.2d 215, 216-217 (D.C. 1978). As the *Braxton* Court held, "A noncorporate department or other body within a municipal corporation is not *sui juris.* Cases in this jurisdiction have consistently found that bodies within the District of Columbia government are not suable as separate entities." *Braxton,*

3

396 A.2d at 216 (internal citations omitted); *see also Simmons v. D.C. Armory Bd.,* 656 A.2d 1155, 1156-57 (D.C. 1995); *Group Health Association v. D.C. General Hospital,* 540 A.2d 1101 (D.C. 1988); *Ray v. District of Columbia*, 535 A.2d 868, 870 n.2 (D.C. 1987); *Miller v. Spencer*, 330 A.2d 250, 251 n.1 (D.C. 1974); *Dunmore v. District of Columbia*, 662 A.2d 1356 (D.C. 1995); *Roberson v. District of Columbia Bd. of Higher Education*, 359 A.2d 28 (D.C. 1976). Since there is no legislation endowing the University of the District of Columbia with the capacity to sue or be sued, the UDC is not a proper party to this suit. Rather, the Board of Trustees of the University of the District of Columbia who has not been sued is in this case is the only proper defendant.

Wherefore, based upon the foregoing and the attached supporting memorandum, the University of the District of Columbia respectfully requests that plaintiff's complaint for injunctive and other relief be dismissed.
.

                                          Respectfully submitted,

                                          LINDA SINGER
                                          Attorney General for the
                                          District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division
                                          /s/
                                          _____
                                          KIMBERLY M. JOHNSON ( #  435163)
                                          Chief, General Litigation Section I
                                           /s/

                                          _____
                                          MELVIN W. BOLDEN, JR. (# 192179)
                                          Assistant Attorney General
                                          441 Fourth St., N.W.
                                          Sixth Floor South
                                          Washington, D.C.  20001
                                          (202) 724-5695
                                          Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV01514 (ESH) |
| | ) |
| UNIVERSITY OF THE DISTRICT | ) |
| OF COLUMBIA , *et al*. | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon consideration of the Motion of the University of the District of Columbia to Dismiss the Complaint, plaintiff's response thereto, and the record herein, it is by the Court, this ___day of November, 2007

ORDERED: that the Motion of the University of the District of Columbia to Dismiss the Complaint be, and hereby is GRANTED; and it is,

FURTHER ORDERED: that the University of the District of Columbia is *non sui juris.*

_____
ELLEN S. HUEVELLE
United States District Judge