# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA


C. DOUGLAS THOMAS
             Plaintiff

                                              Case No: 1:07 CV 01514
    vs.                                       JUDGE ELLEN S. HUVELLE
.

BOARD OF TRUSTEES
UNIVERSITY OF THE DISTRICT OF COLUMBIA
             Defendant


### MOTION TO ENLARGE TIME

Comes now the plaintiff, pursuant to Federal Rules of Civil Procedure 6(b), moves this court for an order to enlarge time to January 8, 2008 in order for the plaintiff to respond, or otherwise plead to the defendant's motion to dismiss filed on November 26, 2007

A memorandum of support and proposed order is attached hereto and made a part of this document thereof.

                                              Respectfully submitted,


                                              _____
                                              C. Douglas Thomas
                                              115 Farwood Drive
                                              Moreland Hills, Ohio 44022
                                              440-247-5360


### SERVICE

A copy of this motion was mailed to the attorney for the defendant by regular US mail on this _____ day of December 20007


                                              _____
                                              C. Douglas Thomas


1

## MENORANDUM IN SUPPORT

Plaintiff requests this court to enlarge time to January 8, 20008 in order for the plaintiff to answer, or otherwise plead to the defendant's motion to dismiss the complaint.

The press of other matters has prevented this party from responding within the time allotted by the Court in its previous order, so the extension is motion necessary for the answer to be prepared .

This request is not done for the purpose of delay, and the consent of the defendant will be requested.

Respectfully submitted,

_____
C. Douglas Thomas

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

C. DOUGLAS THOMAS
               Plaintiff               Case No: 1:07 CV 01514
    vs.                             JUDGE ELLEN S. HUVELLE

BOARD OF TRUSTEES OF THE
DISTRICT OF COLUMBIA
               Defendant

## ORDER

Upon consideration of the plaintiff motion to enlarge time the plaintiff is granted to January 8, 20008 to answer or otherwise plead the defendant's motion to dismiss pending before this court.

                                  _____
                                  ELLEN S. HUEVELLE
                            United States District Judge