UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
|    Plaintiff | ) |
| | ) C. A. No. 07CV01514(ESH) |
|    V. | ) |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE DISTRICT OF | ) |
| COLUMBIA, et al. | ) |
| | ) |
|    Defendants. | ) |

CONSENT TO MOTION FOR ENLARGEMENT OF TIME

The defendant consents to plaintiff's Motion for Enlargement of Time to January 8, 2008 to tile a response to the Motion to Dismiss.

      Respectfully submitted,

      LINDA SINGER
      Attorney General for the
      District of Columbia

      GEORGE C. VALENTINE
      Deputy Attorney General,
      Civil Litigation Division

      Kimberly M. Johnson
      _____
      KIMBERLY M. JOHNSON ( 435163)
      Chief, General Litigation Section II
                                       .
      Melvin W. Bolden, Jr.
      _____
      MELVIN W. BOLDEN, Jr. (192179)
      Assistant Attorney General
      441 Fourth Street, N.W, Sixth Floor
      Washington, D.C. 20001
      (202) 724- 5695
      (202) 727- 3625 (fax)

Certificate of Service

    I hereby certify that a copy of the foregoing was mailed postage prepaid to C. Douglas Thomas 115 Farwood Drive, Moreland Hills, Ohio 44022 this 27th day of December 2007.

                                            Melvin W. Bolden, Jr.
                                            _____
                                            Melvin W. Bolden, Jr.
                                            Assistant Attorney General