UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C. DOUGLAS THOMAS
        Plaintiff

                                                          Case No: 1:07 CV 01514
vs.                                          JUDGE ELLEN S. HUVELLE
.

BOARD OF TRUSTEES
UNIVERSITY OF THE DISTRICT OF COLUMBIA
        Defendant

## MOTION TO ENLARGE TIME

Comes now the plaintiff, pursuant to Federal Rules of Civil Procedure 6(b), moves this court for an order to enlarge time to January 15, 2008 in order for the plaintiff to respond, or otherwise plead to the defendant's motion to dismiss filed on November 26, 2007

A memorandum of support and proposed order is submitted and made a part of this document thereof.

                                                          Respectfully submitted,

                                                          _____
                                                          C. Douglas Thomas
                                                          115 Farwood Drive
                                                    Moreland Hills, Ohio 44022
                                                                440-247-5360

## SERVICE

A copy of this motion was mailed to the attorney for the defendant by regular US mail on this 9 day of January, 20007

_____
C. Douglas Thomas

## MENORANDUM IN SUPPORT

Plaintiff requests this court to enlarge time to January 8, 20008 in order for the plaintiff to answer, or otherwise plead to the defendant's motion to dismiss the complaint.

The plaintiff is currently preparing his answer to the defendant's motion and needs a few more days to complete the task.

This request is not done for the purpose of delay, and the consent of the defendant will be requested.

Respectfully submitted,

_____
C. Douglas Thomas

Case 1:07-cv-01514-ESH    Document 11    Filed 01/09/2008    Page 3 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C. DOUGLAS THOMAS
        Plaintiff         Case No: 1:07 CV 01514
vs.         JUDGE ELLEN S. HUVELLE

BOARD OF TRUSTEES OF THE
DISTRICT OF COLUMBIA
        Defendant

**ORDER**

Upon consideration of the plaintiff motion to enlarge time the plaintiff is granted to January 15, 20008 to answer or otherwise plead the defendant's motion to dismiss pending before this court.

_____
ELLEN S. HUEVELLE
United States District Judge