UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C. DOUGLAS THOMAS
        Plaintiff         Case No: 1:07 CV 01514
vs.         JUDGE ELLEN S. HUVELLE

BOARD OF TRUSTEES OF THE
DISTRICT OF COLUMBIA
        Defendant

## ORDER

Upon consideration of the plaintiff motion to enlarge time the plaintiff is granted to January 15, 20008 to answer or otherwise plead the defendant's motion to dismiss pending before this court.

_____
ELLEN S. HUEVELLE
United States District Judge

3