UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C. DOUGLAS THOMAS
            Plaintiff             Case No: 1:07 CV 01514
   vs.                           JUDGE ELLEN S. HUVELLE

BOARD OF TRUSTEES OF THE
DISTRICT OF COLUMBIA
            Defendant

## ORDER

On January 15, 2008 plaintiff moved for an order substituting Vivian W. Canty and Katherine S. Broderick as defendants in the above matter.

It appears that the substituted defendants meet the diversity requirements of 28 USC Section 1332 and Rule 17(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**

                                                      _____
                                                    ELLEN SEGAL HUVELL
                                                    United States District Judge