UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C. DOUGLAS THOMAS
          Plaintiff

                                                      Case No: 1:07 CV 01514
vs.                                               JUDGE ELLEN S. HUVELLE
.

BOARD OF TRUSTEES
UNIVERSITY OF THE DISTRICT OF COLUMBIA
          Defendant

**ANSWER TO DEFENDANT'S MOTION TO DISMISS &
MOTION TO SUBSTITUTE REAL PARTY IN INTEREST**

Comes now the plaintiff and in response to the defendant's motion to dismiss filed on or about November 26, 20007, moves this Court pursuant to Rule 17(b) of the Federal Rules of Civil Procedure to substitute Katherine S. Broderick and Vivian W. Canty as defendants in this action.

A memorandum of support is attached.

                                                                      Respectfully submitted,

                                                                      C. Douglas Thomas
                                                                      115 Farwood Drive
                                                               Moreland Hills, Ohio 44022-6852
                                                                           440-247-5360

## MEMORANDUM OF SUPPORT

On or about the defendant filed a motion to dismiss based on argument that the Board of Trustees of the University of the District of Columbia is an subsidiary of the Government of the District of Columbia and is not subject to diversity jurisdiction pursuant to 28 USC Section 1332.

In support of this position defendants have presented case law supporting this theory that jurisdictional requirements for diversity cannot be met against the defendant in this matter.

Therefore, the plaintiff moves to substitute Katherine S. Broderick and Vivian W. Canty as defendants in this matter for the following reasons.

Vivian W. Canty was the Dean of Admissions who failed, neglected and refused to process the plaintiff application as was required by the standards of the University of the District of Columbia Law School and the American Bar Association. Katherine S. Broderick, Dean of the law school was the person plaintiff notified of this breach of duty by Vivian W. Canty, but refused, neglected or failed to take the necessary action to bring the law school into compliance with the requirements of processing the plaintiff application.

The proposed defendants are of diverse citizenship of the plaintiff and meet the requirements of 17(b) to have the capacity to defend in a lawsuit of this nature.

Therefore plaintiff request that his motion for substitution be granted.

Respectfully submitted,

C. Douglas Thomas

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


C. DOUGLAS THOMAS
                Plaintiff                Case No: 1:07 CV 01514
    vs.                                   JUDGE ELLEN S. HUVELLE

BOARD OF TRUSTEES OF THE
DISTRICT OF COLUMBIA
                Defendant

**ORDER**

On January 15, 2008 plaintiff moved for an order substituting Vivian W. Canty and Katherine S. Broderick as defendants in the above matter.

It appears that the substituted defendants meet the diversity requirements of 28 USC Section 1332 and Rule 17(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**


                                                          _____
                                                      ELLEN SEGAL HUVELL
                                                United States District Judge