UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV01514 (ESH) |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE DISTRICT | ) |
| OF COLUMBIA , *et al*. | ) |
| | ) |
| Defendants. | ) |

CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE A RESPONSE TO MOTION TO SUBSTITUTE
REAL PARTY IN INTEREST

The Board of Trustees of the University of the District of Columbia, by and through counsel, respectfully move pursuant to Federal Rules of Civil Procedure, Rule 6(b) to enlarge the time, in which to file a response to plaintiff's Motion to Substitute Real Party in Interest. A response is due on January 30, 2008. Defendant requests up to and including February 6, 2008. Plaintiff consents to the motion for enlargement.

The grounds for motion are that the undersigned counsel has had to devote considerable time to Mercer v. District of Columbia Department of Human Services, a complex multi-document contract case which was scheduled for trial on January 28, 2008, in DC Superior Court and other work related demands. Consequently, counsel was unable to complete defendant's responsive memorandum by the current deadline.

Wherefore, defendant respectfully requests that the Court to expand the time to file a responsive pleading up to and including February 6, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (# 435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 1921790)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

## CERTIFICATE OF SERVICE

I certify that on the 30th day of January, 2008, a copy of the foregoing motion, with memorandum and proposed order was served by U.S. Mail, postage prepaid, on C. Douglas Thomas, Pro Se, 115 Farwood Drive, Moreland Hills, Ohio 44022.

Melvin W. Bolden, Jr.
_____
Melvin W. Bolden, Jr.
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV01514 (ESH) |
| | ) |
| UNIVERSITY OF THE DISTRICT | ) |
| OF COLUMBIA , *et al.* | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN  SUPPORT
OF CONSENT  MOTION TO FILE A RESPONSE TO MOTION TO
SUBSTITUTE REAL PARTY IN INTEREST TIME  TO
RESPOND TO THE  COMPLAINT

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. Consent of plaintiff

3. The reasons set forth in the motion.

4. The record herein.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    Kimberly M. Johnson

    _____
    KIMBERLY MATTHEWS JOHNSON ( # 435163)
    Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179  )
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV01514 (ESH) |
| | ) |
| UNIVERSITY OF THE DISTRICT | ) |
| OF COLUMBIA , *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Motion for Further Enlargement of Time File a Response to Motion to Substitute Real Party in Interest, plaintiff's consent thereto, and the record herein, it is by the Court, this ___day of  January, 2008,

ORDERED: that the motion for enlargement of time to respond to the motion  be, and hereby is GRANTED; and it is,

FURTHER ORDERED: that the defendant shall have up to and including February 6, 2008,  to file a response to the Motion to Substitute Real Party in Interest.

_____
ELLEN S. HUEVELLE
United States District Judge


C.. Douglas Thomas
115 Farwood Drive
Moreland Hills, Ohio 44022