UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C. DOUGLAS THOMAS,                              )
                                                )
                    Plaintiff,                  )
                                                ) Civil No. 1: 07CV01514 (ESH)
                                                )
UNIVERSITY OF THE DISTRICT                      )
OF COLUMBIA , *et al*.                          )
                                                )
                    Defendants.                 )

CONSENT MOTION FOR  ENLARGEMENT OF TIME
TO FILE A RESPONSE TO MOTION TO SUBSTITUTE
REAL PARTY IN INTEREST

The University of the District of Columbia, by and through counsel, respectfully moves

pursuant to Federal Rules of  Civil Procedure, Rule 6(b) to enlarge the time, in which

to file a response to plaintiff's Motion to Substitute Real Party in Interest.  A response is due on

January 30, 2008. Defendant requests up to and including February 6, 2008.  Plaintiff consents to

the motion for enlargement.

The grounds for motion are that the undersigned counsel has had to devote considerable

time to Mercer v. District of Columbia Department of Human Services, a complex multi-

document contract case which was scheduled for trial on January 28, 2008, in DC Superior Court

and other work related demands. Consequently, counsel was unable to complete defendant's

responsive memorandum by the current deadline.

Wherefore, defendant respectfully requests that the Court to expand the time to file

a responsive pleading up to and including February 6, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson

_____

KIMBERLY M. JOHNSON (# 435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.

_____

MELVIN W. BOLDEN, JR. (# 1921790)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

## CERTIFICATE OF SERVICE

I certify that on the 30th day of  January, 2008, a copy of the foregoing motion, with memorandum and proposed order was served by U.S. Mail, postage prepaid, on C. Douglas Thomas, Pro Se, 115 Farwood Drive, Moreland Hills, Ohio 44022.

Melvin W. Bolden, Jr.

_____

Melvin W. Bolden, Jr.
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C. DOUGLAS THOMAS,                              )
                                               )
            Plaintiff,                         )
                                               ) Civil No. 1: 07CV01514 (ESH)
                                               )
UNIVERSITY OF THE DISTRICT                     )
OF COLUMBIA , *et al.*                          )
                                               )
            Defendants.                        )


MEMORANDUM OF POINTS AND AUTHORITIES IN  SUPPORT
OF CONSENT  MOTION TO FILE A RESPONSE TO MOTION TO
SUBSTITUTE REAL PARTY IN INTEREST TIME  TO
RESPOND TO THE  COMPLAINT

1.  Federal Rules of Civil Procedure, Rule 6 (b).

2.  Consent of plaintiff

3.  The reasons set forth in the motion.

4.  The record herein.

                        Respectfully submitted,

                        PETER J. NICKLES
                        Interim Attorney General for the
                        District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General
                        Civil Litigation Division

                        Kimberly M. Johnson

                        _____
                        KIMBERLY MATTHEWS JOHNSON ( # 435163)
                        Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.

_____
MELVIN W. BOLDEN, JR. (# 192179  )
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C. DOUGLAS THOMAS,                          )
                                            )
                Plaintiff,                  )
                                            ) Civil No. 1: 07CV01514 (ESH)
                                            )
UNIVERSITY OF THE DISTRICT                  )
OF COLUMBIA , *et al.*                      )
                                            )
                Defendants.                 )

## ORDER

Upon consideration of the Motion for Further Enlargement of Time File a Response to

Motion to Substitute Real Party in Interest, plaintiff's consent thereto, and the record herein, it is

by the Court, this ___day of January, 2008,

ORDERED: that the motion for enlargement of time to respond to

the motion  be, and hereby is GRANTED; and it is,

FURTHER ORDERED: that the defendant shall have up to and including February 6,

2008,  to file a response to the Motion to Substitute Real Party in Interest.

_____
ELLEN S. HUEVELLE
United States District Judge

C.. Douglas Thomas
115 Farwood Drive
Moreland Hills, Ohio 44022