UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV01514 (ESH) |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE DISTRICT | ) |
| OF COLUMBIA , *et al.* | ) |
| | ) |
| Defendants. | ) |

MOTION FOR FURTHER ENLARGEMENT OF TIME
TO FILE A RESPONSE TO MOTION TO SUBSTITUTE
REAL PARTY IN INTEREST

The Board of Trustees of the University of the District of Columbia, by and through counsel, respectfully move pursuant to Federal Rules of Civil Procedure, Rule 6(b) to further enlarge the time, nunc pro tunc, in which to file a response to plaintiff's Motion to Substitute Real Party in Interest. A response was due on February 6, 2008. On February 6, 2008, counsel for defendant inadvertently filed a previous draft instead of the instant motion. Defendant requests five additional business days up to and including February 13, 2008. An attempt to contact plaintiff was made, however at the time of this filing he had not responded to the request for consent.

The grounds for motion are that the undersigned counsel has had to devote considerable time to Mercer v. District of Columbia Department of Human Services (J.Bartnoff), a complex multi-document contract case which was scheduled for trial on January 28, 2008, in DC Superior Court, Wendell Smith v. District of Columbia, 06 CA 01398 (RBW) and other work related demands. Mercer and Smith were resolved only after multiple mediation meetings. Consequently, counsel was unable to complete

defendant's responsive memorandum by the February 6, 2008 deadline.

Wherefore, defendant respectfully requests that the Court to expand the time to file a responsive pleading up to and including February 13, 2008.

                          Respectfully submitted,

                          PETER J. NICKLES
                          Interim Attorney General
                          for the District of Columbia

                          GEORGE C. VALENTINE
                          Deputy Attorney General
                          Civil Litigation Division

                          Kimberly M. Johnson
                          _____
                          KIMBERLY M. JOHNSON (# 435163)
                          Section Chief, General Litigation Section I

                          Melvin W. Bolden, Jr.
                          _____
                          MELVIN W. BOLDEN, JR. (# 1921790)
                          Assistant Attorney General
                          441 Fourth St., N.W.
                          Sixth Floor South
                          Washington, D.C. 20001
                          (202) 724-5695

## CERTIFICATE OF SERVICE

I certify that on the 6th day of February, 2008, a copy of the foregoing motion, with memorandum and proposed order was served by U.S. Mail, postage prepaid, on C. Douglas Thomas, Pro Se, 115 Farwood Drive, Moreland Hills, Ohio 44022.

                          Melvin W. Bolden, Jr.
                          _____
                          Melvin W. Bolden, Jr.
                          Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV01514 (ESH) |
| | ) |
| UNIVERSITY OF THE DISTRICT | ) |
| OF COLUMBIA , *et al*. | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION TO FURTHER ENLARGE THE TIME TO FILE
A RESPONSE TO MOTION TO SUBSTITUTE REAL
PARTY IN INTEREST TIME TO RESPOND
TO THE COMPLAINT

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. The reasons set forth in the motion.

3. The record herein.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        Kimberly M. Johnson
        _____
        KIMBERLY MATTHEWS JOHNSON ( # 435163)
        Section Chief, General Litigation Section I

        Melvin W. Bolden, Jr.
        _____
        MELVIN W. BOLDEN, JR. (# 192179  )
        Assistant Attorney General
        441 Fourth St., N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. DOUGLAS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV01514 (ESH) |
| | ) |
| UNIVERSITY OF THE DISTRICT | ) |
| OF COLUMBIA , *et al.* | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of the Motion for Further Enlargement of Time File a Response to Motion to Substitute Real Party in Interest, plaintiff's response thereto, and the record herein, it is by the Court, this ___day of February, 2008,

ORDERED: that the motion for enlargement of time to respond to the motion be, and hereby is GRANTED; nunc pro tunc and it is,

FURTHER ORDERED: that the defendant shall have up to and including February 13, 2008, to file a response to the Motion to Substitute Real Party in Interest.

_____
ELLEN S. HUEVELLE
United States District Judge

+

C.. Douglas Thomas
115 Farwood Drive
Moreland Hills, Ohio 44022